IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

THOMAS C. RAY,                    )
                                  )
              Petitioner,         )
                                  )   Civil No. 05-750-TC
    v.                            )
                                  )   ORDER
BRIAN BELLEQUE,                   )
                                  )
              Defendant.          )
_____)

Magistrate Judge Thomas M. Coffin filed his Findings and Recommendation on June 3, 2005. The matter is now before me. See 28 U.S.C. § 636(b)(1)(B) and Fed. R. Civ. P. 72(b). No objections have been timely filed. This relieves me of my obligation to give the factual findings de novo review. Lorin Corp. v. Goto & Co., Ltd., 700 F.2d 1202, 1206 (9th Cir. 1982). See also Britt v. Simi Valley Unified School Dist., 708 F.2d 452, 454 (9th Cir. 1983). Having reviewed the legal principles de novo, I find no error.

1    - ORDER

Accordingly, I ADOPT Judge Coffin's Findings and Recommendation. Petitioner's petition is denied without prejudice on the grounds that he has not exhausted state remedies. This proceeding is dismissed.

IT IS SO ORDERED.

DATED this ___21st___ day of ___June___, 2005.

_____
UNITED STATES DISTRICT JUDGE